```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF CONNECTICUT
```

LAKESHORE EQUIPMENT COMPANY,     :
    Plaintiff,               :
                             :
    v.                       :     CASE NO. 3:12CV121(DFM)
                             :
MARK DEFRANCO et al.,            :
    Defendants.              :

## ORDER

Pending before the court is the parties' Joint Motion for Permanent Injunction, doc. #60.  The motion is GRANTED according to the terms of the Stipulated Injunction, doc. #60-1.

The parties report that this action has been settled in full but request that the court maintain jurisdiction until May 25, 2013 with respect to the restrictions set forth in the Stipulated Injunction.  Rather than continue to keep the case open on the docket, the Clerk is directed to close the file without prejudice to reopening on or before May 25, 2013.  If the parties wish to file a stipulation of dismissal, they may do so on or before September 28, 2012.

The dates set forth in this order may be extended for good cause pursuant to a motion filed in accordance with Local Rule 7(b).

SO ORDERED at Hartford, Connecticut this 31st day of August, 2012.

                                      _____/s/_____
                                      Donna F. Martinez
                                      United States Magistrate Judge